# United States District Court

__SOUTHERN__ DISTRICT OF __OHIO, EASTERN DIVISION__

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)

The RESIDENCE of AHMED JAMA, 771 Etonia Place, Columbus, Ohio, located in the Riverpointe Apartment complex, being a two story framed building with beige siding, white trim, blue green shutters and blue door

**SEARCH WARRANT**

CASE NUMBER: 2:06-MJ-303

TO: __Special Agents, USDA & other law enforcement officers__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Kevin Ganger__ who has reason to
*Affiant*
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

The RESIDENCE of AHMED JAMA, 771 Etonia Place, Columbus, Ohio, located in the Riverpointe Apartment complex, being a two story framed building with beige siding, white trim, blue-green shutters and blue door

in the __Southern__ District of __Ohio, Eastern Division__ there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT "A" – ITEMS TO BE SEIZED

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __August 12, 2006__
*Date*
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property
seized and promptly return this warrant to         Mark R. Abel, United States Magistrate Judge
as required by law.
_____
U.S. Judge or Magistrate

__August 2, 2006 at 4:00 p.m.__                at    Columbus, Ohio
Date and Time Issued                                City and State

Mark R. Abel, United States Magistrate Judge        *Mark R. Abel*
Name and Title of Judicial Officer                  Signature of Judicial Officer

ATTACHMENT "A"

ITEMS TO BE SEIZED

All records of **Ahmed Jama and Muna Market** relating to:

The acquisition, possession or transfer of food stamp and/or Women, Infants & Children (hereinafter referred to as WIC) benefits the period of May 28, 2003 (for food stamp benefits) and September 2, 2003 (for WIC benefits) to the date that this search warrant is executed.

All records, notes, memorandums, communications or documents, including fax transmissions and receipts, referring to the acquisition, possession, transfer and or redemption of food stamp and/or WIC benefits for the period of May 28, 2003 (for food stamp benefits) and September 2, 2003 (for WIC benefits) to the date that this search warrant is executed.

All daily, weekly, monthly, and yearly records which in any way relate or refer to the acceptance, counting, collection and/or redemption of food stamp and/or WIC benefits for the period of May 28, 2003 (for food stamp benefits) and September 2, 2003 (for WIC benefits) to the date that this search warrant is executed.

All food stamp and/or WIC redemption deposit records and/or data, originals and copies thereof, for the period of May 28, 2003 (for food stamp benefits) and September 2, 2003 (for WIC benefits) to the date that this search warrant is executed.

All food stamps benefit cards and/or WIC benefits for which the recipient(s) is not present and/or WIC benefits that are not properly completed per the WIC program's regulations and requirements.

All United States currency in the amount of $1,000 or more.

All electronic or other devices used to redeem food stamp and/or WIC benefits; including any and all money counters and stamping devices that are capable of marking identifying serial numbers, business numbers, accounts or names on documents, money bank wrappers or WIC drafts, food stamp coupons or food stamp benefits cards.

All business records which would show the total cash flow of the business known as Muna Market, its owners, partners, officers, employees and/or agents, and any other retail grocery store, its officers, employees and/or agents, and Ahmed Jama as owner of Muna Market and individually for the period of May 28, 2003 to the date the search warrant is executed, to include, but not limited to, the following:

> (a) bank statements, deposit tickets, cancelled checks, check registers, wire transfer records, credit card transactions, money orders, cashier checks,

certificates of deposit, account passbooks and other financial documents;
(b) cash register tapes;
(c) all records which reconcile the receipt of cash, checks, coupons, food stamp and/or WIC benefits;
(d) all records which record income earned, including yearly income reports;
(e) all records corresponding to the cashing of checks;
(f) any other document which would show the total cash flow, or any part thereof, of the retail grocery operation;
(g) records of real estate or other property transactions;
(h) financial statements and copies of tax returns;
(i) memos and other records of communications including documents of fax transmissions and receipts relating to the operation of the business;
(j) other items evidencing the obtaining, secreting, transfer, concealment and/or expenditure of funds.

All records referring or relating to: meetings, transactions, conversations, notes, communications, memorandums, and/or correspondence between Ahmed Jama and Muna Market, its owners, partners, officers, employees and/or agents; including lists of all of Muna Market's owners, partners, officers, employees and/or agents' names, addresses and telephone numbers from May 28, 2003, to the date this search warrant is executed.

All original and /or copies of Muna Market's monthly State of Ohio and/or local sales tax reports.

All data-fax coversheets and data-faxed documents relating to the operation of Muna Market

Any and all store surveillance video tapes.

All records relating to: inventory purchases and sales; including names, addresses and telephone numbers of suppliers, such as wholesalers and/or vendors, invoices, receipts, shipping documents, manifests, inventory records, bills of lading, accounting records, purchase orders, bills, correspondence with suppliers, purchasers, wholesalers and/or distributors of products for Ahmed Jama and Muna Market for the period of May 28, 2003, to the date this search warrant is executed.

All records that could show the expenditure of funds, by Ahmed Jama either in the course of operating Muna Market and/or jointly or individually for the period of May 28, 2003 to the date that this search warrant is executed. These records include:

(a) Books, records, journals and other records of original entry; ledgers and other records of assets, liabilities, and capital account balances; records of income and expenses including invoices and receipts; records of customers and suppliers; records of lessors and lessees; records of receipts

and disbursements; records of real estate or other property transactions; records of loans, refinancing, disbursements, repayments, letters of credit, and related records; inventory records; records of all securities and investment transactions; trial balances, work sheets, and adjusting, reclassifying, closing, and reversing entries; bank statements, check registers, canceled checks; duplicate deposit tickets; bank account reconciliations; passbooks, certificates of deposit, money orders, and cashier's or official checks; records of payroll and employee earnings; records of petty cash transactions; records of bartering activity such as exchanges of property or services; records of privileges, property or funds to or from others; financial statements and copies of tax returns; memos and other records of communications including documents of fax transmissions and receipts; safe deposit box keys, other items evidencing the obtaining, secreting, transfer, concealment and or expenditure of funds.
(b) Records of all investments in partnerships, business ventures, proprietorship, trusts, and/or corporations including agreements, contracts formations documents, financial statements and loan documents, payments, advances, distributions, withdrawals, improvements, correspondence, notes, memos, minutes of meetings, and all records of financial activity or transactions.

All records relating to any financial transaction(s), through a bank, hawala or via a wire transfer, both domestically and internationally.

Due to the fact that some or all of the above- described records may be stored by means of a computerized information system, the items and materials to be searched shall include:
(1) Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer-related equipment. This media includes floppy diskettes, fixed hard disks, removable hard disk cartridges, tapes, laser disks, videocassettes, and other media that are capable of storing magnetic coding.
(2) Any and all electronic devices which are capable of analyzing, creating, displaying, converting, or transmitting electronic or magnetic computer impulses or data. These devices include computers, computer components, computer peripherals, word processing equipment, modems, monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer-related electronic devices.
(3) Any and all instructions or programs stored in the form of electronic or magnetic media which are capable of being interpreted by a computer or related components. The items to be seized include operating systems, application software, utility programs, compilers, interpreters, and other programs or software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, radio, or other

means of transmission.
(4) Any and all written or printed material which provides instructions or examples concerning the operation of a computer system, computer software, and/or any related device.
(5) If, due to unforeseen reasons, any computer has to be seized, the computer and its components may be searched and analyzed at an offsite location as authorized by the search warrant issued pursuant to this affidavit.

The opening and search, and removal, if necessary, of any and all personal safes, locked receptacle or compartment, business safe, storage devices, cabinets, cash registers, strong boxes, file cabinets, desks, drawers, wallets, brief cases, attaches, and any other locker or unlocked container; as some or all of the property hereto describe may be maintained. Special Agents of the Office of Inspector General, United States Department of Agriculture, are authorized to use the services of locksmiths, who may not necessarily be federal law enforcement officers, in order to properly open and search said safe or other locked receptacle or compartment on the premises, or off of the premises, if necessary, for the purpose of obtaining any property described heretofore, provided, that such locksmiths operate under the direction, control and supervision of Special Agents of the Office of Inspector General.

# INVENTORY

DATE: 8-8-06     TIME: 12 pm     LOCATION: 771 Etonia Pl Columbus     PAGE 1 OF 1

| ITEM | DESCRIPTION | LOCATION OF DISCOVERY | AGENT |
|---|---|---|---|
| 1 | Copy of Passport | Bedroom B-1 | |
| 2 | W-2 Statements | " " | |
| 3 | Single checks from Canada trust/Wachovia | " " | |
| 4 | 2005 tax returns | " " | |
| 5 | 2005 tax returns | Bedroom B-2 | |
| 6 | Vendors License | " " | |
| 7 | Dell CPU | Bedroom B-4 | |
| 8 | Compaq Laptop | " B-3 | |
| 9 | Dept. of Health Envelope | " " | |
| 10 | Tungsten Palm One | Bedroom B-4 | |

AGENT DOING INVENTORY: [redacted]

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/2/06 | 8/8/06 @ 10:20 AM | Landan S. Jama |

**INVENTORY MADE IN THE PRESENCE OF**

Landen S. Jama.

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED INVENTORY

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned to me this date.

Mark R. Abel
U.S. Judge or Magistrate

August 11, 2006
Date